IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**UNITED TRANSPORTATION UNION,**

**Plaintiff,**

**v.**

**KANSAS CITY SOUTHERN RAILWAY COMPANY, BNSF RAILWAY COMPANY, CSX TRANSPORTATION, INC., NORFOLK SOUTHERN RAILWAY COMPANY, and UNION PACIFIC RAILWAY COMPANY,**

**Defendants.**                                                       **No. 07-366 DRH**


### ORDER

**HERNDON, Chief Judge:**

Now before the court is Plaintiff United Transportation Union's (UTU's) motion for leave to file supplemental declaration of Richard L. Marceau. (Doc. 15.) Being fully advised in the premises, the Court **GRANTS** Plaintiff UTU's motion. (Doc. 15.) Because UTU has already electronically filed the supplemental declaration (Doc. 16), no further action is required. However, the Court wishes to clarify that, in the future, UTU should first file a motion for leave to file. Instead of also filing the proposed document *instanter*, the Court directs UTU to e-mail the proposed document(s) to its Chambers e-mail address at DRHpd@ilsd.uscourts.gov for review, and then UTU will later be allowed to file the document if the motion for leave

to file is granted.  *See* **Section 2.10 of the CM/ECF User's Manual.**

**IT IS SO ORDERED**.

Signed this 7th day of November, 2007.

/s/      DavidRHerndon
**Chief Judge
United States District Court**