## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| UNITED TRANSPORTATION UNION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-366-DRH/CJP |
| | ) | |
| KANSAS CITY SOUTHERN RAILWAY COMPANY, BNSF RAILWAY COMPANY CSX TRANSPORTATION, INC., NORFOLK SOUTHERN RAILWAY COMPANY, and UNION PACIFIC RAILWAY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

This matter came before the Court on Defendants' Motion for Leave to File Supplemental Exhibits and Authenticating Declarations Regarding Motion for Preliminary Injunction. Having fully considered Defendants' Motion, the Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Defendants are granted leave to file their supplemental exhibits and declarations in the above-styled case.

/s/      DavidRHerndon
_____Chief Judge
United States District Court

Date: November 15, 2007