IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED TRANSPORTATION UNION,**

**Plaintiff,**

v. No. 07-366 DRH

**KANSAS CITY SOUTHERN RAILWAY COMPANY, BNSF RAILWAY COMPANY, CSX TRANSPORTATION, INC., NORFOLK SOUTHERN RAILWAY COMPANY, and UNION PACIFIC RAILWAY COMPANY,**

**Defendants.**

## ORDER

**HERNDON, Chief Judge:**

This Order hereby **ACKNOWLEDGES** the Parties' Joint Stipulation of Voluntary Dismissal (Doc. 26), filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41**. Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff' claims against Defendants in this case as moot. Each party to bear its own costs. Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

Signed this 6th day of February, 2008.

/s/ David R Herndon

**Chief Judge
United States District Court**