**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED TRANSPORTATION UNION,**

    **Plaintiff,**

    vs.                                                        Cause No. 07-CV-366 DRH

**KANSAS CITY SOUTHERN RAILWAY
COMPANY, BNSF RAILWAY COMPANY,
CSX TRANSPORTATION, INC., NORFOLK
SOUTHERN RAILWAY COMPANY, and
UNION PACIFIC RAILWAY COMPANY,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs, attorney's fees, and expenses.---------------------------------------------

                                                            **NORBERT G. JAWORSKI, CLERK**

February 7, 2008                      By:   s/Patricia Brown
                                                                     Deputy Clerk

APPROVED: /s/    *David R Herndon*
                    **CHIEF JUDGE
                    U.S. DISTRICT COURT**